UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 FEB 13 AM 8:47

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES OF AMERICA,

             Plaintiff,

vs.

DANIEL MARTINEZ-ORTIZ,

             Defendant.

CASE NO. 06CR1644-BEN

JUDGMENT OF DISMISSAL

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_X_  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) of: **21 U.S.C. 841(a)(1).**

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 7, 2007

HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

ENTERED ON 2/10/07