FILED
2007 JUN 26 AM 9: 10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **06cr1644-BEN** |
| Plaintiff, | |
| v. | **ORDER FOR RECONVEYANCE OF** |
| **DANIEL MARTINEZ-ORTIZ,** | **TRUST DEED SECURING CRIMINAL BOND** |
| Defendant. | |

Good cause appearing, the case having been dismissed, it is hereby ordered that the criminal bond for the above-named defendant secured by real property be exonerated and the following real property located at 27953 Biscayne Ave., Hayward, CA 94544, be released and reconveyed to Rodolfo Rodriguez and Margarita Rodriguez, whose address is as follows:

Rodolfo and Margarita Rodriguez
27953 Biscayne Ave.
Hayward, CA 94544

**SO ORDERED.**

Dated: 6/25/07

Honorable Roger Benitez
United States District Judge

061644cr-BEN